1

2

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

8

| | |
|---|---|
| Voltage Pictures, LLC | ) |
| | ) |
|      Plaintiff, | ) |
| | ) |
| v. | )Case No:13-00458 |
| | )RAJ-RSL |
| DOES 1-22 | ) |
| | ) |
|      Defendants | ) |

9

10

11

12

13

14

### NOTICE OF VOLUNTARY DISMISSAL

15

16    Voltage Pictures, LLC pursuant to Rule 41(a) of the Federal Rules of Civil Procedure,

hereby dismisses with prejudice all causes of action in the complaint against Doe Defendants

17

associated with Internet Protocol address:

18

19    (1) 76.121.145.17 (Doe No. 6)

Plaintiff is not dismissing any other Doe Defendants at this time.

20

21    The respective Doe Defendants have not filed an answer to the complaint or motion

for summary judgment in this matter.  Therefore it is respectfully submitted that dismissal

22

under Rule 41(a) is appropriate.

23

24
Notice of Dismissal
13-00458 RAJ-RSL

1    DATED: June 3, 2013

2                                              Respectfully submitted,
                                               Voltage Pictures, LLC
3
                                               By: s/*Richard J. Symmes*
4                                              Richard J. Symmes #41475
                                               Frontier Law Group, PLLC
5                                              1001 4th Avenue, Suite 3200
                                               Seattle, WA 98154
6                                              Ph:  206-682-7975
                                               F:  206-424-4691
7                                              Richard@symmeslaw.com

8                                              Attorney for Plaintiff
                                               Voltage Pictures, LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   Notice of Dismissal
     13-00458 RAJ-RSL                                        Frontier Law Group, PLLC
                                                             1001 Fourth Avenue, Suite 3200
                                                             Seattle, WA 98154
                                                             Ph: 206-682-7975